# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

BETTY ANN LATTIMORE,

    Plaintiff,

v.

WAL-MART STORES, INC., et al.,

    Defendants.

Case No. 2:17-cv-02125-JCM-CWH

**ORDER**

Presently before the court is plaintiff Betty Ann Lattimore's status report (ECF No. 29), filed on March 8, 2019. On December 19, 2018, the court granted plaintiff's counsel's motion to withdraw and provided plaintiff with 45 days to obtain new counsel. (Mins. of Proceedings (ECF No. 25).) The court further ordered plaintiff or her counsel to submit a joint status report by February 7, 2019. (*Id.*) The court also notified the parties that a settlement conference would be scheduled. (*Id.*) The court then granted plaintiff's request for additional time to find new counsel and ordered plaintiff or her attorney to file a joint status report by March 11, 2019. (Min. Order (ECF No, 28).) Plaintiff now informs that court that she is unable to find an attorney willing to represent her in this action, and that she is unwilling to appear as a pro se plaintiff. (Status Report (ECF No. 29).) While the court is understanding of plaintiff's predicament, this action must proceed. As such, the court will enter a separate order scheduling this matter for a settlement conference.

    IT IS SO ORDERED.

    DATED: March 27, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE