1   ALAN W. WESTBROOK, ESQ.
2   Nevada Bar No. 06167
    PERRY& WESTBROOK, P.C.
3   1701 West Charleston Blvd., Suite 200
    Las Vegas, Nevada 89102
4   Telephone:  (702) 870-2400
    Facsimile:  (702) 870-8220
5   E-Mail: awestbrook@perrywestbrook.com
6   Attorneys for Defendant
    DOLLAR TREE STORES INC,
7   dba DOLLAR TREE #3935

8

9               UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11  BETTY ANN LATTIMORE,            )   CASE NO.: 2:17-cv-02125-JCM-DJA
                                    )
12          Plaintiff,              )
                                    )
13  v.                              )
                                    )
14  DOLLAR TREE STORES INC., dba DOLLAR )   **STIPULATION AND ORDER FOR**
15  TREE #3935.  A Foreign Corporation; WAL- )   **DISMISSAL WITH PREJUDICE**
    MART STORES, INC.  dba WAL-MART  )   **BETWEEN PLAINTIFF BETTY**
16  NEIGHBORHOOD MARKET #5258, a    )   **ANN LATTIMORE AND**
    Foreign Corporation; DOES I through X, )   **DEFENDANT DOLLAR TREE**
17  inclusive; and ROE CORPORATIONS I through )   **STORES, INC., dba DOLLAR TREE**
18  X, inclusive,                   )   **#3935**
                                    )
19          Defendants.             )
                                    )
20  _____ )

21          IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their

22  respective counsels of record, that the above-captioned matter be dismissed with prejudice, each

23  
24  party to bear that party's own costs and attorney's fees.  This dismissal is between Plaintiff Betty

25  / / /

26  / / /

27

28                      Page 1 of 3

Ann Lattimore and Defendant Dollar Tree Stores, Inc., dba Dollar Tree #3935 ONLY.

DATED this 24 day of September 2019.    DATED this 9/24/2019 day of September 2019.

PERRY & WESTBROOK                        PRO PER PLAINTIFF
A Professional Corporation


ALAN W. WESTBROOK, ESQ.                  Betty Ann Lattimore
Nevada Bar No: 6167                      4019 Asante Cove Street
1701 W. Charleston Blvd., Suite 200      North Las Vegas, NV 89115
Las Vegas, Nevada 89102                  Las Vegas, NV 89101
Telephone:  (702) 870-2400               *Plaintiff*
Facsimile: (702) 870-8220
*Attorneys for Defendant*
*Dollar Tree Stores, Inc.*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective

counsel, it is hereby:

ORDERED, ADJUDED, AND DECREED, that the above-entitled action be dismissed

with prejudice, each party to bear their own attorney's fees and costs.

DATED September 26, 2019.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

PERRY & WESTBROOK, P.C.

_____
ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
1701 W. Charleston Blvd., Suite 200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
*Attorneys for Defendant*
*DOLLAR TREE STORES, INC.*